THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROBERT L. WHITSON, JR., Appellant.

*Crimes — rape — judgment of conviction reversed.*

People v. *Whitson*, 195 App. Div. 910, reversed.

(Submitted June 6, 1922; decided July 12, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 17, 1921, which affirmed a judgment of the Chemung County Court rendered upon a verdict convicting the defendant of the crime of rape in the second degree.

*Wilmot E. Knapp* for appellant.

*Raymond F. Nichols* for respondent.

Judgment reversed and new trial granted on dissenting opinion of COCHRANE, J., below.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.